

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of N.V.R., D.A.R., and
J.T.R., Children

No. 06-18-00112-CV

Appeal from the 124th District Court of
Gregg County, Texas (Tr. Ct. No. 2007-
2400-B).  Memorandum Opinion delivered
by Chief Justice Morriss, Justice Burgess
and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed

for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, William Runnels, has adequately indicated his inability to pay

costs of appeal.  Therefore, we waive payment of costs.

RENDERED AUGUST 21, 2019
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk